Robert C. Montgomery, Esq.
Idaho SBN: 1793
2160 S. Twin Rapid Way
Boise, ID 83709
Ph: (208) 322-8865
Fax: (208) 322-8395
bmontgomerylaw@gmail.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
## BOISE DIVISION

| | | |
|---|---|---|
| RAMONA KOLODZIEJ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **VERIFIED COMPLAINT** |
| MCGUIGAN LAW, PLLC, | ) | (**Unlawful Debt Collection Practices**) |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S VERIFIED COMPLAINT

RAMONA KOLODZIEJ ("Plaintiff"), through attorney, ROBERT C. MONTGOMERY,

alleges the following against MCGUIGAN LAW, PLLC. ("Defendant"):

## INTRODUCTION

1.      Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices

Act, 15 U.S.C. 1692 et seq. ("FDCPA").

## JURISDICTION AND VENUE

2.      Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that

such actions may be brought and heard before "any appropriate United States district court without

regard to the amount in controversy."

3.      Defendant conducts business in the state of Idaho; therefore, personal jurisdiction is

established.

4.      Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5.      Plaintiff is a natural person residing in Rathdrum, Kootenai County, Idaho.

6.      Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7.      Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8.      Plaintiff is informed and believes, and thereon alleges, that Defendant is a collections business with an office in Southfield, Michigan.

9.      Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10.     In approximately November 2011, Defendant began placing collection calls to Plaintiff seeking and demanding payment for an alleged debt original owed to Bank of America for a personal credit card.

11.     Between approximately November 2011 and January 2012, Defendant placed daily collection calls to Plaintiff's cellular phone number 208-755-6336.

12.     Defendant calls Plaintiff's telephone and requests Plaintiff to place a return call to 877-543-6152.

13.     Defendant left a message on Plaintiff's answering machine and failed to indicate that Defendant was a debt collector.

## COUNT I:
## DEFENDANT VIOLATED THE FAIR DEBT
## COLLECTION PRACTICES ACT

14.     Defendant violated the FDCPA based on, but not limited to, the following:

    a.     Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt;

    b.     Defendant violated § 1692e of the FDCPA through the use of false, deceptive, or misleading representation or means in connection with the collection of any debt; and

    c.     Defendant violated §1692e(11) of the FDCPA through the failure to state in communications with a consumer in connection with the collection of a debt that the communication is from a debt collector and that any information obtained will be used for that purpose.

WHEREFORE, Plaintiff, RAMONA KOLODZIEJ, respectfully requests judgment be entered against Defendant, MCGUIGAN LAW, PLLC, for the following:

15.     Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

16.     Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

17.     Any other relief this Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: /s/ Robert C. Montgomery
Robert C. Montgomery
Idaho SBN: 1793
Ph: (208) 322-8865
Attorney for Plaintiff

PLAINTIFF'S VERIFIED COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF IDAHO )
                    )
COUNTY OF _____ )

Plaintiff, RAMONA KOLODZIEJ, states the following:

1.  I am the Plaintiff in this civil proceeding.
2.  I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.  I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.  I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.  Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.  Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, RAMONA KOLODZIEJ, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

april 19, 2012
Date

RAMONA KOLODZIEJ

4