Robert C. Montgomery, Esq.
Idaho SBN: 1793
2160 S. Twin Rapid Way
Boise, ID 83709
Ph: (208) 322-8865
Fax: (208) 322-8395
bmontgomerylaw@gmail.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**
**BOISE DIVISION**

| | | |
|---|---|---|
| RAMONA KOLODZIEJ, | ) | Case No. 1:12-cv-00232-EJL |
|     Plaintiff, | ) | |
| | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| v. | ) | **DISMISSAL** |
| | ) | |
| MICHAEL FRANCIS X. MCGUIGAN | ) | |
| d/b/a/ MCGUIGAN LAW, PLLC; | ) | |
| THOMAS LANDIS d/b/a MCGUIGAN | ) | |
| LAW, PLLC | ) | |
| | ) | |
|     Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

RAMONA KOLODZIEJ (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, MICHAEL FRANCIS X. MCGUIGAN d/b/a MCGUIGAN LAW, LLC; THOMAS LANDIS d/b/a MCGUIGAN LAW, LLC  . (Defendant), in this case.

RESPECTFULLY SUBMITTED,

DATED:  July 9, 2014

By: /s/ Robert Montgomery
Robert C. Montgomery, Esquire
Idaho SBN: 1793
Ph: (208) 322-8865
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ Robert Montgomery
Robert C. Montgomery, Esquire
Attorney for Plaintiff